UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.2
Eastern Division

Sandra Holmgren

                                Plaintiff,

v.                                                       Case No.: 1:08−cv−03005
                                                     Honorable Blanche M. Manning

Nations Recovery Center, Inc., et al.

                                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, August 20, 2008:

      MINUTE entry before the Honorable Blanche M. Manning: Status hearing set for 9/23/2008 at 11:00 A.M. Plaintiff's counsel should be prepared to advise the court regarding the progress of efforts to serve the defendant(s). Mailed notice by judge&#039;s staff.(srb,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.