IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SANDRA HOLMGREN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 08 CV 3005 |
| | ) | |
| NATIONS RECOVERY CENTER, | ) | Judge Manning |
| | ) | |
| Defendant. | ) | |

## **VOUNTARY MOTION TO DISMISS**

NOW COMES the Plaintiff, SANDRA HOLMGREN, by and through her attorneys, LARRY P. SMITH & ASSOCIATES, LTD., and hereby moves this Honorable Court to dismiss the Defendant, NATIONS RECOVERY CENTER, with prejudice and without costs to be paid to any party.

                                            Respectfully Submitted,
                                            **SANDRA HOLMGREN**

                                            By: _____/s Larry P. Smith_____
                                                          Attorney for Plaintiff

LARRY P. SMITH & ASSOCIATES, LTD
Attorneys for Plaintiff
205 N. Michigan Ave. 40th Floor
Chicago, Illinois 60601
Telephone: (312) 222-9028
Facsimile: (312) 602-3911