IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SANDRA HOLMGREN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 08 CV 3005 |
| | ) | |
| NATIONS RECOVERY CENTER, | ) | Judge Manning |
| | ) | |
| Defendant. | ) | |

**NOTICE OF FILING**

NATIONS RECOVERY CENTER
Attn: Legal Department
5115 New Peachtree Rd
Atlanta, GA 30362

    PLEASE TAKE NOTICE THAT On September 4, 2008, there was filed in the United States District Court for the Northern District of Illinois, **Plaintiff's Motion to Dismiss,** a copy of which is attached hereto and herewith served upon you.

| | |
|---|---|
| Name: | LARRY P. SMITH & ASSOCIATES, LTD. |
| Attorneys For: | Plaintiff |
| Address: | 205 N. Michigan Ave, Suite 4000 |
| City: | Chicago, Illinois 60601 |
| Telephone: | (312) 222-9028 |

**PROOF OF SERVICE**

    I, the undersigned, an attorney, certify that I served this notice by depositing the same in the United States mail with sufficient postage affixed thereon to the above named parties before 5:00 p.m. on September  4 , 2008 from 205 N. Michigan Avenue, Suite 4000, Chicago, Illinois 60601.

                                                                By: ____*/s Larry P. Smith*_____
                                                                        Attorney for Plaintiff